IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AGILA M.,[1]

    Plaintiff,

v.                                  Civil Action No. 3:21cv740

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on December 6, 2022 (ECF No. 20), the PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF No. 21), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE MARK R. COLOMBELL (ECF No. 22), and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 20) and finding no error therein, it is hereby ORDERED that:

    (1) The PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF No. 21) are overruled; and

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by the first names and last initials.

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 20) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

(3) The PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 16) is denied; and

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 18) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 12, 2023